71,081-02 1 of 2

Court of Criminal Appeals                    June 25, 2015
Supreme Court Building                       RECEIVED IN
COURT OF CRIMINAL APPEALS
14th And Colorado
P.O. Box 12308                               JUN 29 2015
Austin, Texas 78711
                                             Abel Acosta, Clerk

RE: CR-24,656-AA; Michael Cochran v. The State of Texas

Applicant's Objections to Court Findings

The applicant is writing in response to the District Courts Findings of Fact and Conclusions filed on June 18, 2015 in Angelina County. In Ground No. 1, Finding No. 3 the court is stating that the applicants offense of oral sex with an underage girl merits the same punishment as multiple offenses of oral sex with an underage girl, multiple offenses of intercourse with an underage girl, and providing an underage girl with drugs and alcohol. The applicant believes the sentence to be excessive.

In Ground No. 2, Finding No. 2 the court points out that the applicant failed to "assert such motive for the victim testimony when repeatedly asked to do so, ie, her mothers inability to pay Applicant rent." The applicant was not aware of the reason for

the victim's mother having the victim give false testimony until the applicant received the victim's statements in March 2013 and September 2014 and the victim gave the reason for her mother forcing her to give false testimony. The applicant pled guilty to one charge of Sexual Assault of a Child which occurred on the night of February 20, 2004. When the sentencing hearing was held, the victim's mother had her testify that there were multiple incidents of oral sex and intercourse, and that the applicant gave the victim drugs and alcohol and asked for a blow job in front of the applicant's daughter. The applicant has stated since the first day he was contacted about the offense, that there was one incident of oral sex and since the day of the sentencing hearing that the majority of the testimony presented against the applicant was false and the victim's affidavits prove this to be true. The applicant believes the sentence that was received to be excessive and prays that the Court of Criminal Appeals will grant relief.

Respectfully,

Michael Cochran

Michael Cochran
TDCJ No. 1285580
358 Morris Lane
Lufkin, TX 75904

CAUSE NO. 24,656-AA

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE 159TH DISTRICT COURT** |
| | § | **OF** |
| **MICHAEL DWAYNE COCHRAN,**<br>Applicant | § | **ANGELINA COUNTY, TEXAS** |

**ORDER DESIGNATING ISSUES**
&
**ORDER FOR FILING AFFIDAVITS**

Having reviewed the Application for Writ of Habeas Corpus filed herein, the Court finds that issues presented in Ground Numbers 1 & 2 have controverted, previously unresolved facts material to the legality of the Applicant's confinement and need to be resolved.

To assist the Court in resolving these factual issues, **APPLICANT,** is **ORDERED** to secure and file witness affidavits from the *"victim and her mother"* in support of allegations the basis of Ground Numbers 1 & 2 of the Application, specifically to wit:

- *"facts which were false and intended only for the purpose of prompting the trier of fact in this case to punish the defendant with a longer range of punishment" ; and*

- *"facts relevant to this offense which were not true, but which must be assumed to have been considered by the Court."*

**APPLICANT** is **ORDERED** to file said affidavits from the *"victim and her mother"* with the District Clerk within **THIRTY (60) DAYS** of the signing of this Order.

When the aforesaid affidavits, if any, are received, the Clerk is **ORDERED** to send a copy of same to Applicant and present this file to the Court for hearing by submission, or if deemed necessary after review of the affidavits, if any, by oral hearing to be scheduled by separate Order of the Court. The hearing by submission is set for **December 1, 2014.**

Upon review of the evidence presented by such affidavits, pursuant to Article 11.07, §3(d), this Court will resolve all factual issues by submission without an oral hearing and then enter findings of fact and conclusions of law, thereafter submitting a recommendation to the Court of Criminal Appeals.

The Clerk of the Court is **ORDERED** to send a copy of this Order to:

Mr. Michael Cochran, **Applicant**
TDCJ No. 1285580
Hightower Unit
902 FM 686
Dayton, TX   77535

State of Texas, **Respondent**
c/o District Attorney's Office
Mr. Carey Jensen
Assistant District Attorney
P.O. Box 908
Lufkin, TX   75902

The Clerk of the Court is **FINALLY ORDERED NOT** to transmit at this time any other documents in the above-styled case to the Court of Criminal Appeals until further ordered by this Court.

SIGNED on the _12_ day of _____, 2014.

_____
PRESIDING JUDGE, 159TH DISTRICT COURT
ANGELINA COUNTY, TEXAS

The Honorable Paul White
159th District Court
Angelina County Courthouse
Lufkin, TX 75902





Date: October 09, 2014

RE: Cause No. CR-24,656; State v. Michael Cochran

Applicant's Affidavit in Support of Allegations

The applicant writes this in response to Judge Paul White's order dated September 19, 2014 and includes the victim's statement/affidavit. As shown by the victim's affidavit/statement the victim was coerced by her mother into lying and coached about what lies to tell. This shows a clear and conscious effort by the victim's mother to prompt the trier of fact into punishing the defendant with a longer range of punishment. The victim's statement shows that most of the allegations brought forth at the sentencing hearing were false and it must be assumed that these allegations were considered by the court when determining the defendant's punishment. The victim was coerced and coached in the lies by her mother who is now deceased. The victim was young and did not know the impact that her lies would have on the proceedings. As most of the facts relevant to this offense were not true, this will hopefully prompt the court into granting relief to the applicant. The applicant prays that relief will be granted in his application.

Respectfully Submitted,
Michael Cochran

Michael Cochran #1285580
Hightower Unit
902 FM 686
Dayton, TX 77535

My name is Amber Pierce, and i am writing in the matter of Michael Cochran. I want him to get out and he has already spent nine years in there. There was stuff added, My mother was making me add to things that really did not happen. Michael did tell the truth about everything. I want him to be able to get out and be with his family! He has been in there long enough. We were both at fault not just him! My name was Amber Conner, when the incident took place.

State of Texas
County of Angelina
3-8-13

Thanks,
Amber
Conner
(Pierce)

DONNA MULHOLLAND
MY COMMISSION EXPIRES
May 21, 2015

Amber Pierce

Donna Mulholland

I am Amber, the alleged victim in Michael Cochran's case from 2004. I wrote the statement before for the parole board to let them know Michael was telling the truth all along. I was ask if, I would emphaize more. we only had the oral sex one time and it was consential. Nothing else ever happend. He never gave me alchol or drugs. my mother is deceased now. At the time she was upset because we had to move out of michaels house because he couldnt afford the rent there anymore. and told us we had to get a cheeper place. So, she got me to add more to what happend becaus she was upset with michael. I am sorry I was

and i did what my mother told me to do, michael did not deserve to go to prison all these years and i realize we were both at fault.

Amber Conner pierce

Amber pierce          09-25-14

State of Texas

County of Angelina



NOTARY PUBLIC
STATE OF TEXAS

JACKIE BRUCE RIDER JR
My Commission Expires
April 22, 2015

before me Appeared on 09-25-14 Amber Conner Pierce.

NOTARY          09-25-14

MY COMMISSION EXPIRES:
04-22-2015